PD-0911-15

RE: NO. 02-14-00411 CR (2nd Dist. Court of Appeals)

NO. 11-13-00174 CR (11th Dist. Court of Appeals)

Abel Acosta - clerk

Court of Criminal Appeals

P.O. Box 12308

Austin, TX. 78711

FILED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

Dear Mr. Acosta;

Please find enclosed and forward to the court a letters requesting waiver of rule concerning required number of copies regarding Pro Se Petition for Discretionary review in the above mentioned causes in accordance with Rule 2 of the Texas Rules of Appellate Procedure. Please notify me promptly of the courts decision in this matter at the following address.

Sincerely

Morris Landen Johnson II

TDC # 1877943

HoA. Coffield unit

2661 F.M. 2054

Tennessee Colony, TX. 75884

NO. 02-14-00411 CR (2nd District Court of Appeals)

To the Honorable Justices of the Court of Criminal Appeals.

    I Morris Landon Johnson II Petitioner _Pro Se_ respectfully request the court to waive the rule requiring copies be sent with original petition in accordance with Rule #2 of the Texas Rules of Appellate Procedure. Petitioner is an indigent inmate in TDCJ ID and has no access to a copy machine.

                    Thank You for You Time

                    Morris Landon Johnson II

                    TDC # 1877943

                    Coffield Unit

                    2661 FM 2054

                    Tennessee Colony, TX. 75884

NO. 11-13-00174 CR  (11th Dist Court of Appeal)

To the Honorable Justices of the Court of Criminal Appeals

I Morris Landon Johnson II Petitioner Pro Se respectfully request the court to waive the rule requiring copies be sent with the original petition for discretionary review in accordance with Rule #2 of the Texas Rules of Appellate Procedure. Petitioner is an indigent inmate in T.O.C.J, I.D. and has no access to a copy machine.

Thank You

Morris Landon Johnson II
TDC # 1877943
Coffield Unit
2661 FM 2054
Tennessee Colony, TX- 75884